# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KLEIN ENGLER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11-CV-7488 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | |
| ROOSEVELT UNIVERSITY, et al., | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |
| | ) | |

## EXHIBIT LIST OF AMENDED COMPLAINT AND JURY DEMAND

Plaintiff, ROBERT KLEIN ENGLER, through his attorney of record, offers the

following **EXHIBIT LIST OF AMENDED COMPLAINT AND JURY DEMAND**, in

accordance with this Court's Local Rule 5.2(d):

| Exhibit | Description |
|---|---|
| A | Letter dated April 22, 2011, from Joseph Fedorko to Robert Klein Engler |
| B | Collective Bargaining Agreement between Roosevelt University and Roosevelt Adjunct Faculty Organization, IEA-NEA |
| C | Letter dated July 6, 2010, from Joseph Fedorko to Dr. Lynn Weiner |
| D | Emails from Robert Klein Engler to Deborah Ford dated July 17, 2010 and August 4, 2010 |
| E | Roosevelt University's Anti-Harassment Policy |
| F | Email dated September 5, 2010, from Dave Walter to Robert Klein Engler |
| G | Emails dated May 10, 2011 and May 11, 2011 from LuAnn Swartzlander-Kraus and Joseph Fedorko |
| H | Roosevelt University's Professional Code of Conduct |

1

I       Constitution of the Roosevelt University Faculty

J       Screenshot from Roosevelt University Faculty Organization website

Dated this 2nd day of November, 2011.

Respectfully submitted,

By: __s/Doug E. Ibendahl_____
        Doug E. Ibendahl, ARDC No.: 6229474
        165 N. Canal Street, Suite 1215
        Chicago, Illinois 60606-1404
        Tel: 312.648-0061
        Email: dibendahl@mail.com
        ATTORNEY FOR PLAINTIFF