# EXHIBIT A



Roosevelt University
430 S. Michigan Avenue
Chicago, IL 60605
(312) 341-2394, www.rafo.org

Joseph Fedorko,
Grievance Chair

April 22, 2011

**VIA CERTIFIED MAIL AND ELECTRONIC MAIL**

Robert Klein Engler
1646 River Street
Des Plaines, IL 60016

Dear Robert,

As outlined in RAFO's by-laws, you were provided an opportunity on April 14, 2011, to appeal the Executive Committee's decision not to pursue your case to arbitration in the event that you decide not to accept the Employer's final settlement offer. We appreciate you taking the time to discuss the issues surrounding your grievances with the Executive Committee.

By a unanimous vote, the members of the Executive Committee have denied your appeal and upheld the previous vote of the Executive Committee.

From a financial point of view, the settlement offer from the Employer reflects the full amount of back pay that you would be entitled to under a potential arbitration decision. Should you currently be receiving unemployment insurance, the settlement offer would provide an amount greater than what could be gained by an arbitrator's decision.

With regard to your termination, we will reiterate what the Executive Committee has stated on several occasions. Your termination was not due to the telling of a classroom joke, but rather due to your failure to attend a mandatory investigatory meeting required under the University's Code of Conduct. If you had chosen to follow the advice of your RAFO representative, RAFO would have been able and willing to defend you in the event that the University had fired you for this reason.

Your attorney asked the Executive Committee what any one of us what do if we were in your shoes. I believe that I can speak for each member of the Executive Committee. All of us would use every avenue at our disposal in order to defend ourselves and disprove the charges. Such defense would have started by attending the meeting to hear the charges, asking questions to get information about the charges, directly addressing questions to the interrogators, and allowing the union representative (and attorney) to

properly defend us. If any of us were told that we could be fired for not attending a meeting, none of us would have given the University that chance. In the end, we would know that there is a strong and diligent union that would stand by us and help restore both our job and, if necessary, our reputation.

Please fill out the form below and send it to Bill Silver c/of IEA; 230 West Monroe, Suite 2640; Chicago, IL 60606 by no later than Monday, May 2, 2011. Thank you.

Sincerely,


Joseph Fedorko
RAFO Grievance Chair,
On Behalf of the RAFO Executive Committee

Cc: Doug Ibendahl
     Bill Silver
     LuAnn Swartzlander
     RAFO Grievance Committee
     RAFO Executive Committee

\_\_\_\_\_ **Yes**, I would like to accept the University's settlement offer.

\_\_\_\_\_ **No**, I will not accept the University's settlement offer as previously described