# EXHIBIT C



Roosevelt University
430 S. Michigan Avenue
Chicago, IL 60605
(312) 341-2394, www.rafo.org

Joseph Fedorko,
Vice President, Grievance Chair

July 6, 2010

Dr. Lynn Weiner, Dean
College of Arts and Sciences
Roosevelt University
420 South Michigan
Chicago, IL  60605

Dean Weiner,

This letter is official notice that Roosevelt Adjunct Faculty Organization (RAFO) is filing a grievance on behalf of Robert Klein Engler (Sociology Department, Adjunct).  Mr. Engler did not receive a course assignment for the Fall 2010 semester.  The Agreement between Roosevelt University and the Roosevelt Adjunct Faculty Organization, IEA-NEA, 2008-2012 has been violated in several respects (most obviously Article 4E, but also possibly 4H and 4K and others).

The issues in dispute are ignoring length of service in scheduling, sending no assignment letter, and disciplining (i.e., not giving a course to teach) without a meeting or even a conversation.  RAFO requests as remedy that Mr. Engler be assigned a class for the Fall 2010 semester.

Please contact me at jfedorko@roosevelt.edu to schedule the grievance sometime between now and July 27.

Thank you for your attention, and I look forward to hearing from you.


Sincerely,



Joseph Fedorko
Grievance Chair/Vice-President
RAFO/ IEA-NEA

Cc: Dave Walter, IEA-NEA, LuAnn Swartzlander, Frank Brooks, Robert Klein Engler