# EXHIBIT E

# ROOSEVELT UNIVERSITY

## Anti-Harassment Policy

### Policy

Roosevelt University is committed to the preservation of the dignity and worth of all members of the University community.  To ensure an environment for working and learning in which all individuals (faculty, staff, students and visitors) are treated with respect, harassment in any form is unacceptable and cannot be tolerated.

Because interpersonal relationships (romantic or sexual) between supervisors and the employees they supervise either directly or indirectly or between faculty and their students involve an imbalance of power, all such interpersonal relationships are prohibited and will subject employees to discipline. In such situations, it is difficult, if not impossible, to determine whether such a relationship is truly consensual and, therefore, if a complaint of sexual harassment is filed, the University will presume that the relationship was not truly consenting unless proven otherwise.

### Sexual Harassment

It is against Roosevelt University policy for any student or employee, male or female, to sexually harass another employee or student by:
a)    making unwelcome sexual advances for sexual favors and other verbal or physical conduct of a sexual nature a condition of an employee's continued employment, or a student's academic status;
b)    making submission to or rejections of such unwelcome conduct the basis for employment or academic decisions affecting an employee or student; or
c)    creating an intimidating, hostile or offensive working or education environment by such conduct.

### Other Forms of Harassment

It is also against Roosevelt University's policy for any student or employee to harass another student or employee based upon such person's age, ancestry, citizenship, color, creed, disability, gender, identity, marital status, military status, national origin, parental status, religion, sexual orientation, source of income, veteran status, or as a result of being a victim of domestic violence or other protected characteristic.

Anti-Harassment Policy                                                    1
Final
May 16, 2007
Van Natta

Harassment becomes unlawful where 1) enduring the offensive conduct becomes a condition of continued employment or enrollment, or 2) the conduct is severe or pervasive enough to create an environment that a reasonable person would consider intimidating, hostile, or abusive.

Offensive conduct may include, but is not limited to, offensive jokes, slurs, epithets or name calling, physical assaults or threats, intimidation, ridicule or mockery, acts of communication causing emotional distress, insults or put-downs, offensive objects or pictures, and interference with work performance.

## Retaliation

Retaliation against persons filing a complaint, reporting a case of harassment, witnessing a case of harassment or cooperating in an investigation is also prohibited.

## Consequence

An employee who is found to have engaged in unlawful harassment shall be subject to discipline up to and including termination in accordance with the procedures applicable to such employee. A student who is found to have engaged in unlawful harassment shall be subject to discipline up to and including expulsion from the University in accordance with the procedures contained in the Code of Student Conduct. A member of the Roosevelt community who is neither a student nor an employee and who is found to have engaged in unlawful harassment shall be subject to such procedures as are necessary to prevent such conduct from occurring, up to and including severance of the member's relationship with Roosevelt and being banned from its campuses.

## Reporting Procedures

An employee or student who believes that he or she has been a victim of harassment in violation of this policy has the right to file a complaint in accordance with the University's Discrimination Complaint Procedure.

The students and employees are also encouraged to:

- Emphatically tell the harasser that the conduct is unwelcome, offensive, violates this policy, and must stop, and/or

Anti-Harassment Policy
Final
May 16, 2007
Van Natta

2

- Report the incident to an employee in a supervisory or managerial position.

**<u>Dissemination of the Policy</u>**

A copy of this University policy shall be distributed electronically or in writing to all full- and part-time faculty and staff annually. This policy is included in the annual student handbook and students are notified electronically.

A copy of this University policy is available to all employees and students via the student handbook (<u>http://www.roosevelt.edu/pdfs/studentHandbook.pdf</u>) and/or the University intranet (<u>http://intranet.roosevelt.edu/default.asp</u>).

Employees and students are encouraged to ask questions about the policy to the following offices:

Offices of Human Resources (AUD 846)     312-341-4331
Office of Student Services (AUD 124)      312-341-2004


Recommended by:


_____          _____
Gretchen Van Natta                                         Date
Vice President of Human Resources


Approved by:


_____          _____
Pamela T. Reid                                             Date
Provost and Executive Vice President and Executive Vice President



_____          _____
Charles R. Middleton                                       Date
President



Anti-Harassment Policy                                                     3
Final
May 16, 2007
Van Natta

# ROOSEVELT UNIVERSITY
## Discrimination Complaint Procedure

### Submitting a Complaint of Discrimination

If an employee, applicant or student ("Complainant") believes that he or she has been discriminated against (including sexual harassment or other forms of unlawful harassment) in violation of University policy or state or federal law, including but not limited to the *Americans with Disabilities Act, title IX of the Education Amendments of 1972, section 504 of the Rehabilitation Act of 1973, Illinois Human Rights Act* and the *Age Discrimination Act of 1975,* and *Older Workers' Protection Act,* the Complainant shall file a written complaint describing the alleged action and the person involved with the Vice President of Human Resources or the Associate Vice President for Student Services as soon as possible. If the Complainant is more comfortable initially discussing the allegations with another employee, he or she should do so. The employee who receives an allegation of unlawful discrimination should immediately bring the allegation to the Vice President of Human Resources or the Associate Vice President for Student Services. However, to initiate an investigation, a Complainant must file a written complaint. The Vice President of Human Resources or the Associate Vice President for Student Services may appoint a Complaint Manager to assist the student or employee in filing the complaint.

### Investigation of a Complaint

The Vice President of Human Resources or the Associate Vice President for Student Services shall undertake an investigation by appointing another administrator or other qualified person to conduct the investigation. The Vice President of Human Resources or the Associate Vice President for Student Services may provide for the assistance of the Counseling Center or other administrator or may also involve the assistance of the University's attorneys in the investigation.

Neither the complaint nor the identity of the Complainant will be disclosed except when necessary for a full investigation of the complaint.

The investigator shall file a written report of his/her findings within thirty (30) working days after the complaint has been made. In the event the report cannot be completed within thirty (30) working days, the report shall state

Anti-Harassment Policy
Final
May 16, 2007
Van Natta

4

the reasons for the delay. The Complainant shall be notified of the findings of the investigation within ten (10) working days of the completion of the report.

If the Complainant is not satisfied with the results and findings of the investigation, he/she may appeal the findings of the investigation within ten (10) working days to the Provost and Executive Vice President unless the Provost and Executive Vice President is the person against whom the complaint has been filed. In such case, the appeal shall be to the President. In the event that the complaint is against the President, the appeal shall be first to the Provost and Executive Vice President and then to the Executive Board of the Board of Trustees. The appeal shall be reviewed and a decision made within twenty (20) days of the filing of the appeal.

The records of discrimination allegations will be kept for at least three (3) years from the date of the final decision on the complaint.

## Discipline

An employee who is found to have engaged in unlawful discrimination shall be subject to discipline up to and including termination in accordance with the procedures applicable to such employee. A student who is found to have engaged in unlawful discrimination shall be subject to discipline up to and including expulsion from the University in accordance with the procedures contained in the Code of Student Conduct. A member of the Roosevelt community who is neither a student nor an employee and who is found to have engaged in unlawful discrimination shall be subject to such procedures as are necessary to prevent such conduct from occurring, up to and including severance of the member's relationship with Roosevelt and being banned from its campuses.

## Intent of Equal Opportunity Policy

This policy is intended to meet the requirements of federal and state law prohibiting unlawful discrimination. If this policy is inconsistent with such law, it is the University's intent to follow applicable law.

Recommended by:

_____          _____
Gretchen Van Natta                                        Date
Vice President, Human Resources

Anti-Harassment Policy                                                          5
Final
May 16, 2007
Van Natta

Approved by:

_____          _____
Pamela T. Reid                                                Date
Provost and Executive Vice President and Executive Vice President


_____          _____
Charles R. Middleton                                       Date
President