# EXHIBIT F

                    **"Doug Ibendahl"** <dibendahl@mail.com>

---

**Subject:** new grievance
**From:**    RKleinEngler@aol.com
**To:**      Dave.Walter@ieanea.org, dibendahl@mail.com
**Date:**    09/05/10 09:05 PM

Thank you, David.

Please include my attorney in any future emails.

Doug Ibendahl
312/648-0061
e: dibendahl@mail.com

---

Robert,

RAFO filed a grievance on your behalf for wrongful termination. Our position is that the contract does not permit nor does it allow termination for refusal to cooperate with a formal University investigation.

If you have any questions please feel free to contact me.

Dave Walter