# EXHIBIT G

**Subject:** Re: Draft response
**From:** LuAnn Swartzlander-Kraus
**To:** Silver, Bill, RKleinEngler@aol.com, Doug Ibendahl
**Cc:** jafedorko@earthlink.net, Beverly Stewart
**Date:** 05/10/11 04:47 PM

Thank you Bill; it's lovely. See you at dinner TOMORROW night at Petterino's at 7.

Then, we toast!

On 5/10/11 3:39 PM, "Silver, Bill" <Bill.Silver@ieanea.org> wrote:

Robert and Doug,

The offer sent to you was the University's final settlement offer. I understand that it doesn't meet your expectations, but Roosevelt has again made it clear that they will not make any further improvements to their offer. See email below.)

Based on your contents of your email, RAFO will now notify the University that Mr. Engler and the Union do not accept their settlement offer, and that RAFO will withdraw, without prejudice, the grievances filed on behalf of Robert Engler.

Bill Silver

---

**From:** mailto:jafedorko@earthlink.netjafedorko@earthlink.net
**Date:** May 11, 2011 10:22:11 AM CDT
**To:** LuAnn Swartzlander-Kraus <luannswartzlander@comcast.net>, "Silver,Bill" <Bill.Silver@ieanea.org>, mailto:RKleinEngler@aol.comRKleinEngler@aol.com
**Cc:** Beverly Stewart <bstewart1332@att.net>
**Subject: Re: Draft response**
**Reply-To:** mailto:jafedorko@earthlink.netjafedorko@earthlink.net

I say we start a couple of pools: over/under on (a) when the frivolous lawsuit gets filed; (b) how much it will be (I call "over $500,000"); and (c) how many people will be named as co-defendants ...