# EXHIBIT H



Professional Code Of Conduct
Policies and Procedures | Human Resources

Roosevelt University strives to create a positive work environment that values employees as individuals, meets their needs and respects their rights. University employees are expected to meet their responsibilities to be productive contributors to the mission of the University, support the areas in which they work and conduct themselves in a manner compatible with the University's function as an educational institution. The following Professional Code of Conduct was developed to make you aware of some of the expectations the University has of its employees.

The Roosevelt University Professional Code of Conduct does not constitute a contract, and nothing contained in this document is an enforceable promise of any kind. Rather, this document is intended solely for informational purposes and may be revised by the University at any time, for any reason, without prior notice.

The standard office hours for the University vary with each department. Generally, offices are open to service students beginning at 8:00 am and extending to 6:00 pm. Your particular work hours are determined by your manager and may be extended due to the needs of your office and your position.

You are expected to be at your place of work at the time set by your manager, if not earlier. You are expected to keep absences, planned or otherwise to a minimum, so as to not adversely affect the work of your department. Excessive absences may result in termination of employment.

You are to comply with the required call-in procedures of your office in the event of an unplanned absence. Unless it is physically impossible, if you do not report for work or notify your supervisor for three (3) consecutive work-days, you will be considered as having resigned your position and will not be eligible for re-hire by the University.

All technology – including phones, computers, faxes and network systems – are reserved for University-related work. Non University-related use of University equipment must be kept to a minimum, should never interfere with University business and should be done with the prior knowledge and agreement of your supervisor.
Acceptable Use of Electronic Resources

You should dress neatly and appropriately to the academic and professional nature of the University and in accordance with the stated dress code of your department.

Safety rules have been established for the protection of all employees, faculty, students and visitors. You should report immediately to your supervisor and the University Security Guards any accident or injury sustained on the job.

We expect that University rules will encourage the harmony and cooperation that we all need to do well. The best working conditions exist where all employees conduct themselves with respect and consideration for themselves, their fellow employees and the University. However, some conduct may be so egregious as to warrant immediate discharge from the University. Committing any one of the following acts normally will result in immediate termination for the first offense:

1. Stealing, fraud or embezzlement from the University, faculty, staff, students, visitors or from a fellow employee
2. Bringing firearms or other deadly weapons into the University

http://legacy.roosevelt.edu/hr/policies/codeConduct.htm        11/10/2010

3. Fighting, including dangerous horseplay, striking or abusive (including humiliating) or threatening conduct toward supervisors, employees, students, faculty or visitors
4. Harassment (including sexual harassment) or discrimination against any employee, student or visitor or any other form of prohibited discrimination, including creating or contributing to a hostile or unpleasant work environment
5. Intentionally, or through gross negligence, damaging or destroying University property or property belonging to faculty, staff, students, visitors or fellow employees
6. Creating a safety, health or fire hazard, intentionally or through gross negligence, injurious to the well-being of the University community and its visitors
7. Intentionally falsifying University records including employment applications or absence records, or filing false claims under any benefit plan, such as health insurance or worker's compensation, etc.
8. Buying, selling, dealing, giving, possessing or taking illegal drugs or alcoholic beverages on the premises. Drinking or possessing alcoholic beverages while on the premises is prohibited unless authorized at a University-sponsored function.
9. Giving false reasons for obtaining a leave of absence
10. Engaging in any illegal, criminal or felonious activity during working hours on University premises
11. Gross dereliction of duties
12. Unauthorized or illegal use of systems, data or equipment
13. Improper disclosure or use of private or confidential information
14. Receiving a felony conviction
15. Job abandonment
16. Smoking in University facilities
17. Refusing to cooperate in a formal University investigation
18. Violating federal or state regulations that govern the University
19. Any other conduct that is deemed seriously detrimental to the University

This Code of Conduct document is subject to University policies including the following:

1. Equal Employment Opportunity Policy
2. Smoke Free Environment Policy
3. Sexual Harassment Policy
4. Sexual Assault Policy
5. Drug and Alcohol Abuse Policy
6. Drug and Alcohol Testing Policy
7. Medical Emergency Policy
8. Computer Usage Policy
9. Workplace Threats and Violence Policy
10. Criminal Backgrounds Checks Policy

Any questions about this Code of Conduct document should be directed to your manager or to the Director of Human Resources.

HR 5/03

Human Resources | Policies and Procedures