# EXHIBIT I

# CONSTITUTION OF THE UNIVERSITY FACULTY
# ROOSEVELT UNIVERSITY

## MISSION STATEMENT OF ROOSEVELT UNIVERSITY

Roosevelt University is a national leader in educating socially conscious citizens for active and dedicated lives as leaders in their professions and their communities.

The University's student-centered faculty and staff inspire academically qualified students from diverse backgrounds and all ages to benefit from rigorous higher education and professional development opportunities in the dynamic Chicago metropolitan environment.

Deeply rooted in practical scholarship and principles of social justice expressed as ethical awareness, leadership development, economic progress and civic engagement, Roosevelt University encourages community partnerships and prepares its diverse graduates for responsible citizenship in a global society.

## PREAMBLE

We, the members of the University Faculty of Roosevelt University, in order to establish an association dedicated to the enlightenment of the human spirit and the advancement of the best in American education, to ensure the harmonious functioning of this association through the practice of democracy, and to define the responsibilities and protect the rights of the faculty, do ordain and establish this Constitution of the Faculty of Roosevelt University.

## ARTICLE I: THE UNIVERSITY FACULTY

SECTION A   Membership of the University Faculty

> The membership of the University Faculty shall consist of three groups:
> 1. Tenured faculty.
> 2. Tenure-Track faculty.
> 3. Full-time, Non-Tenure-Track faculty.

SECTION B   Duties of the University Faculty

> Clause 1
> The primary duties of the University Faculty are teaching, scholarship/creative work, and service. The University Faculty shall be responsible for the maintenance of a high academic standard in their primary duties of teaching, scholarship/creative work, and service.

Clause 2
The University Faculty shall be responsible for the curriculum and are charged to maintain the high quality, integrity, and currency of the University's academic enterprise.

### SECTION C    Appointment to the University Faculty

Clause 1
The initial appointment of all faculty members to the University Faculty shall be made by the provost and executive vice president after receiving the recommendations of the dean of the college in which the appointment is sought and the search committee.

Clause 2
Appointments to the University Faculty of individuals with tenure, including but not limited to endowed professorships or chairs, shall be made by the president after receiving recommendations from the provost and executive vice president, the dean of the college in which the appointment is sought, and the search committee.

### SECTION D    General Provisions

Clause 1
For administrative purposes colleges may be divided into schools, departments, or programs as appropriate. The term "academic unit" will be used in this document as a generic term for any of these units.

Clause 2
Members of the University Faculty shall carry out such policies as are determined and/or implemented by the Board of Trustees, the president, the provost and executive vice president, the University Senate, the appropriate dean, the college of appointment, and their academic unit.

Clause 3
Members of the academic units shall be responsible for the maintenance of a high academic standard, personal integrity, and professional ethics.

### SECTION E    Academic Freedom*

1. Teachers are entitled to freedom in the classroom in discussing their subject, but they should be careful not to introduce into their teaching topics that have no relation to their subject.

2. Teachers are entitled to freedom in research and in the publication of the results. Research for pecuniary return should be based upon an understanding with the authorities of the institution.

3. College and university teachers are citizens, members of a learned profession, and officers of an educational institution. When they speak or write as citizens, they should be free from institutional censorship or discipline and should make every effort to indicate that they are not speaking for the institution.

*Adapted from "1940 State of Principles of Academic Freedom and Tenure with 1970 Interpretative Comments," AAUP Policy, Tenth Ed. 2 (online version 10/26/06), pg. 3-4

## ARTICLE II: OFFICERS OF THE University Faculty

SECTION A    Leaders of the University: The President and the Provost and Executive Vice President

Clause 1 - The President
The president shall be the principal executive officer of the University and shall in general supervise and control all of the business and affairs of the University. He or she shall be a voting *ex-officio* member of the Board of Trustees, an officer of the Board of Trustees, and chief administrative officer of the University.

The president shall be the head of all sections of the University, exercising such supervision and direction as will promote their efficiency and effectiveness, in fulfillment of the University's mission; shall be responsible for the discipline of the University; shall be a voting *ex-officio* member of the University Senate and of the various college councils; shall be the official medium of communication between the faculty and the Board of Trustees, and between the students and the Board of Trustees, except as herein otherwise provided; and shall be responsible for carrying out all measures officially agreed upon by the Board of Trustees.

Clause 2 – The Provost and Executive Vice President
The provost and executive vice president shall be the chief operating officer and chief academic officer of the University after the president. In the temporary or short-term absence of the president, the provost and executive vice president shall perform the duties of the president, and when so acting, shall have all the powers of and be subject to all the restrictions placed upon the president. The provost and executive vice

president is appointed by the president upon the recommendation of the relevant University search committee.

## SECTION B  Leaders of the Colleges: The Deans

### Clause 1
College deans will provide leadership in the improvement of educational standards and practices within their respective spheres. They shall implement and carry out such academic policies as are determined by the University Senate, by their colleges, and by their academic units, and such administrative duties as are assigned to them by the president and by the provost and executive vice president.

### Clause 2
All provisions in this Constitution relating to college deans shall apply equally to the following: the Schaumburg Campus provost; vice provost for research and dean of graduate studies; the vice provost for faculty and academic administration; and any additional supervisors of instruction who are declared by the president to perform deans' duties.

### Clause 3
All college deans are appointed by the president upon the recommendation of the provost and executive vice president and the relevant University search committee.

## SECTION C  Leaders of academic units within a College

### Clause 1
The leaders of academic units may include but are not limited to associate deans, department chairs, and program directors. These academic leaders are appointed by the provost and executive vice president upon the recommendation of the college dean and the University Faculty of the academic unit.

### Clause 2
The leaders of academic units shall implement and carry out such academic duties and policies as are determined by the University Senate, by their colleges, and by the University Faculty of their academic units, and such administrative duties as are assigned to them.

SECTION D   Evaluations of Officers of the University Faculty

Clause 1
The president, the provost and executive vice president, Schaumburg Campus provost, college deans, vice provost for faculty and academic administration, and vice provost for research and dean of graduate studies shall be subject to evaluation at the midpoint of each contract.

Clause 2
The evaluations shall be developed and overseen by the Senate Executive Committee and administered by the provost/EVP's office, and the appropriate supervisor shall report to the Senate on how the results were utilized.

## ARTICLE III: LEGISLATIVE BODIES

SECTION A   The University Senate

Clause 1
The University Senate is the principal legislative and deliberative body of the University as well as the primary instrument for shared governance of the institution. It is also an important body for sharing information among the various constituent groups of the University. The University Senate is directly responsible for academic and curricular policies including, but not limited to, the Constitution of the Roosevelt University Faculty, subject to the approval of the president and Board of Trustees, and the Faculty Handbook, subject to the approval of the president.

Clause 2
The University Senate shall consist of:
- Twenty percent of the full-time-equivalent faculty distributed proportionally among the colleges;
- One adjunct faculty member from each college elected by the adjunct faculty of that college;
- Ex-officio members with vote (president, provost and executive vice president, Schaumburg Campus provost, college deans, vice provost for research and dean of graduate studies, vice provost for faculty and academic administration, University librarian);
- Four members of the Administrative Assembly with each campus represented;
- One student elected by the respective Student Government Associations of each campus.

Other members of the University community may participate in Senate meetings, but they shall not have the right to vote.

### Clause 3
Representatives to University Senate are elected to two-year terms in the spring semester preceding a new two-year appointment cycle. Each college council shall determine the election process for the college. Senators shall begin their term of service on the first day of the fall semester of even years following their election.

### Clause 4
The University Senate shall elect at its first regular meeting of each two-year cycle a chair, a vice-chair who shall act in the absence of the chair, a secretary, and a parliamentarian. These officers shall serve until their successors are elected.

## SECTION B   Committees of the University Senate

Committees of the University Senate are defined as those committees that are elected by the University Senate. All committees of the University Senate must have as members at least one University Faculty member from each college. Other committees shall be elected by the Senate as needed.

### The Executive Committee

#### Clause 1
The Executive Committee shall be the principal committee serving the University Senate. It shall investigate, deliberate, and recommend on all questions referred to it by the University Senate. The Executive Committee also may initiate and execute research into issues of interest to the University Faculty.

#### Clause 2
The Executive Committee shall consist of the following senators (each college must be represented by an elected University Faculty member):
- President, *ex-officio;*
- Provost and executive vice president, *ex-officio;*
- Schaumburg Campus provost, *ex-officio;*
- Chair of the Senate;
- Vice Chair of the Senate;
- Secretary of the Senate;
- Six members of the University Senate elected by the University Senate;

- One adjunct faculty member;
- One Administrative Assembly member.

Clause 3
Executive Committee members shall be elected for two-year terms at the first regular meeting of each two-year term of the Senate.

### The Faculty Issues Committee

The Faculty Issues Committee shall investigate, deliberate, and recommend on all questions concerning faculty referred to it by the Senate Executive Committee and report back to the Senate Executive Committee. In addition, the Faculty Issues Committee must seek approval of the Senate Executive Committee to discuss and deliberate any other issues of concern.

### The Faculty Advisory Board on Retrenchment

The Senate shall elect a Faculty Advisory Board on Retrenchment upon the declaration of the president of a financial exigency. This committee will advise the president regarding general budgetary and programmatic considerations if the president orders reductions in the number of faculty members, programs or academic divisions, or discontinues particular curricula leading to a degree due solely to financial exigency.

## Section C     Committees of the University

Committees of the University are defined as those committees whose membership is elected wholly or in part from bodies other than the University Senate, such as college councils. Of these committees, the Undergraduate Council, the Graduate Council, and the Planning and Budget Committee report to the Senate.

### The Undergraduate Council

The Undergraduate Council shall review and approve all new undergraduate majors, minors, concentrations, programs of study, certificates, and other programs. The Undergraduate Council also shall review and approve changes to requirements and other revisions to existing programs that affect more than one college. All other changes to undergraduate curricula shall be announced to the Undergraduate Council

for information purposes. Decisions of the Undergraduate Council will be affirmed by vote at the University Senate.

### The Graduate Council

The Graduate Council shall review and approve all new graduate majors, certificates, and other programs as well as changes to requirements and other revisions to existing programs. Decisions of the Graduate Council will be affirmed by vote at the University Senate.

### The Faculty Tenure Review Committee

Any faculty member denied continuous tenure may petition the Faculty Tenure Review Committee for reconsideration subject to procedures in the Faculty Handbook.

### The Planning and Budget Committee

The University shall have in place processes and procedures that aid the institution in constructing a sound and strategic plan and budget. To that end, the president shall convene the Planning and Budget Committee. This committee works with the president, the provost and executive vice president, the senior vice president for finance & administration and chief financial officer, and the Schaumburg Campus provost to create the annual budget and to assure long-term strategic planning. The proposed annual budget is presented to the president and then the Board of Trustees for their evaluation, revisions, and ultimate approval.

### The University Faculty Personnel Committee

University Faculty Personnel Committee shall review all recommendations for reappointment, promotion, and tenure for all University Faculty. The functions of the University Faculty Personnel Committee are to:
- Oversee and ensure the integrity of the process for making faculty personnel decisions;
- Ensure reasonably uniform procedures across colleges;
- Ensure that specific criteria stated by the relevant academic unit and/or college are reflected in candidates' qualifications;
- Vote in favor or against all candidates standing for reappointment, tenure and/or promotion on the merits of the case presented.

### The Research Leave Committee

When authorized by the Budget Committee, the provost and executive vice president will convene the Research Leave Committee and invite applications for research leaves and summer research grants. The Committee, led by the vice provost for research and dean of graduate studies, will review all applicants and make recommendations for such leaves to the provost and executive vice president.

### SECTION D   The College Councils

The colleges shall each have a college council that shall consist of the college dean, the University Faculty of that college, and one adjunct faculty member, as well as the president (voting ex officio), the provost and executive vice president (voting ex officio), and the Schaumburg Campus provost (voting ex officio) for all colleges offering degree programs on the Schaumburg Campus. Other college staff members may participate in council meetings, but they shall not have the right to vote.

It shall be the duty of each college council to determine policies with regard to college academic matters, including the objectives and content of particular curricula, the improvement of instruction, requirements for degrees and certificates, and other issues that affect the quality and community of the college that are not in contradiction with the Constitution of the Faculty or with University policies, or that negatively impact other colleges.

## ARTICLE IV: GRIEVANCE PROCEDURE

In any large organization differences of opinion are to be expected from time to time. Opinions may differ on questions of policy. Such questions are properly settled by majority vote of the proper legislative body. On the other hand, there may be non-legislative differences of opinion. The Faculty Handbook shall provide an orderly way of resolving serious differences of opinion regarding duties and application of policies and of contracts.

## ARTICLE V: REAPPOINTMENT, TENURE, AND PROMOTION

The Senate shall maintain a fair and equitable system for the evaluation, reappointment, granting of continuous tenure, and promotion of tenure-

track faculty, and for the evaluation and reappointment of full-time non-tenure track faculty.

## ARTICLE VI: AMENDMENTS TO THE CONSTITUTION

Clause 1
Any proposed amendment to the Constitution may be presented at any meeting of the University Senate, and shall be considered at the next regular meeting provided that there be at least one week between the two meetings.

Clause 2
Amendments to the Constitution shall be declared passed and shall be referred to the Board of Trustees for ratification if they receive at least 70 percent of all votes cast in the University Senate.

## ARTICLE VII: THE FACULTY HANDBOOK

The Faculty Handbook is the official policy and procedures manual for Roosevelt University. This Handbook is created by and for the University Faculty. A majority vote of University Senate is needed to amend the Handbook. All amendments are subject to the approval of the president.

## ARTICLE VIII: ENACTING ARTICLE

The effective date of this Constitution is 1 July 2011.
Ratification by the University Senate: 15 April 2009
Ratification by the President: 15 April 2009
Ratification by the Board of Trustees: 16 June 2011

The original Constitution of the Faculty was ratified by a majority of those present at a faculty meeting called for the purpose on November 3, 1945. A full revision of the Constitution was passed by the University Senate on April 15, 2009 and approved by the Board of Trustees on June 18, 2009.