UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT KLEIN ENGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-7488 |
| ) | |
| ROOSEVELT UNIVERSITY and ) | Judge John W. Darrah |
| ROOSEVELT ADJUNCT FACULTY ) | |
| ORGANIZATION, an affiliate of the ) | |
| Illinois Education Association and the ) | |
| National Education Association, ) | |
| ) | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Eastern Division, Anneliese Wermuth, respectfully requests that this Honorable Court grant her leave to withdraw as counsel for Defendant, Roosevelt University ("Roosevelt"). In support of this Motion, movant states as follows:

1. Roosevelt is presently represented in this case by attorneys Anneliese Wermuth, Jacob M. Rubinstein, and Amanda Suchecki of the law firm of Meckler Bulger Tilson Marick & Pearson LLP.

2. Specifically, on December 19, 2011, Anneliese Wermuth of Meckler Bulger Tilson Marick & Pearson LLP, filed her appearance as lead counsel for Roosevelt. (Dkt. No. 13.)

3. On January 6, 2012, Jacob M. Rubinstein of Meckler Bulger Tilson Marick & Pearson LLP filed an appearance substituting as lead counsel for Roosevelt. (Dkt. No. 16, amended on January 10, 2010, Dkt. No. 17.)

4. Professional considerations require termination of Ms. Wermuth's representation of Roosevelt University.

5. This matter is at the earliest stages of the litigation and Mr. Rubinstein, a partner at Meckler Bulger Tilson Marick & Pearson LLP who has represented Roosevelt in other matters, is a highly-experienced trial attorney who has handled numerous employment cases in state and federal courts.

6. Therefore, the granting of this motion will cause no delay or prejudice in this case.

WHEREFORE, Anneliese Wermuth respectfully requests that the Court grant her leave to withdraw as counsel for Roosevelt.

Dated: January 12, 2012

Respectfully submitted,

By:   Anneliese Wermuth

Anneliese Wermuth
Jacob M. Rubinstein
Amanda H. Suchecki
Meckler Bulger Tilson Marick & Pearson LLP
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-7900
(312) 474-7898 (Fax)
M:\15125\pleading\Mot to Withdraw.doc

## CERTIFICATE OF SERVICE

Anneliese Wermuth, an attorney, certifies that on January 12, 2012, a copy of the **Motion for Leave to Withdraw** was filed electronically with the Clerk of the Court using the CM/ECF system. The parties may access this filing through the Court's electronic filing system, and notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

> Doug E. Ibendahl
> 165 N. Canal Street, Suite 1215
> Chicago, Illinois 60606-1404
> Tel: 312-648-0061
> dibendahl@mail.com

/s/ *Anneliese Wermuth*